■ JEAN S. CARLSON et al., Respondents, v GOOD SAMARITAN HOSPITAL, Appellant, et al., Defendants.—In an action *inter alia* to recover damages for medical malpractice, defendant Good Samaritan Hospital appeals, on the ground of excessiveness, as limited by its brief, from so much of a judgment of the Supreme Court, Rockland County, entered January 8, 1975, as is in favor of plaintiffs and against it, upon a jury verdict. Judgment affirmed, insofar as appealed from, with costs. On this appeal appellant does not question the jury's finding of negligence; it limits its claim to the issue of the excessiveness of the jury's verdict. Upon the proof adduced, we find that the verdict in favor of each respondent was not excessive. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.

■ JAMES L. CHRISTIAN et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v NEW YORK STATE BOARD OF PAROLE, Respondent.—In a class action for a declaration *inter alia* that respondent's procedures applicable to the final revocation hearings of uncounselled parolees violates the Due Process and Equal Protection Clauses of the Constitution, and for related injunctive relief, plaintiffs appeal from an order of the Supreme Court, Dutchess County, dated November 17, 1975, which granted defendant's motion to dismiss the complaint. Order affirmed, without costs or disbursements. Insofar as the complaint seeks declaratory and injunctive relief relative to the allegedly unlawful procedures employed by the board of parole in general, it was properly dismissed for insufficiency as a matter of law. The remainder of the complaint, wherein plaintiffs sought individual relief, merely duplicated their requests for relief in previously commenced habeas corpus proceedings. Gulotta, P. J., Latham, Margett, Damiani and Christ, JJ., concur.